```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611010260
Cashier ID: lenahac
Transaction Date: 04/10/2013
Payer Name: Law Offices of John L. Burris

CIVIL FILING FEE
 For: Kathryn Harvey
 Case/Party: D-CAN-3-13-CV-001639-001
 Amount:         $350.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 11731
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

NC


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```